AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
info@reincleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
DOUGLAS WINSTON

*Defense counsel listed after caption*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS WINSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>WBP LEASING LLC; GEO REENTRY, INC.<br><br>   Defendants. | CASE NO. 3:24-cv-02007-JD<br><br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO REQUEST REFERAL TO A SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE**<br><br>Action Filed: April 2, 2024 |

Elizabeth M. Pappy (SBN 157069)
E-mail: epappy@bwslaw.com
Evan L. Miller (SBN 336473)
E-mail: emiller@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
60 South Market Street, Ste. 1000 San Jose, CA 95113-2336
Tel: 408.606.6300 Fax: 408.606.6333

Attorneys for Attorneys for Defendant
WBP LEASING LLC; and GEO REENTRY, INC.

STIP AND [PROPOSED] ORDER                                    -- 1 --
Case No. 3:24-cv-2007-JD

## STIPULATION

Plaintiff DOUGLAS WINSTON ("Plaintiff") and Defendants WBP LEASING LLC; and GEO REENTRY, INC. (Defendants), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request that the Court refer the Parties to a settlement conference with one of the following Magistrate Judges: Judges Ryu, Cousins, Kim, Westmore, Van Keulen or Spero. This request is based on the following good cause:

1. The Parties believe that settlement of this matter would be greatly accelerated with the assistance of a neutral settlement conference judge.
2. The Parties have met and conferred, and they request that the court refer them to either Magistrate Judges Ryu, Cousins, Kim, Westmore, Van Keulen or Spero for a settlement conference, whomever has the soonest availability.

Therefore, the Parties hereby stipulate and request, through their counsel, that this Court refer the Parties to Magistrate Judge Ryu, Cousins, Kim, Westmore, Van Keulen or Spero for a settlement conference.

Date: September 11, 2024

REIN & CLEFTON
ALLACCESS LAW GROUP

*/s/ Aaron Clefton*
AARON CLEFTON, ESQ.
Attorneys for Plaintiff
DOUGLAS WINSTON

Date: September 11, 2024

BURKE, WILLIAMS & SORENSEN, LLP

*/s/ Elizabeth M. Pappy*
ELIZABETH M. PAPPY, Esq.
Attorneys for Defendants
WBP LEASING LLC; and GEO REENTRY, INC.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on September 11, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Elizabeth Pappy, Esq in the filing of this document.

*/s/ Aaron Clefton*
Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. This case is referred to Magistrate Judge _____ for a Settlement Conference to be completed on or before _____, 2024.

Dated: _____, 2024

_____
Honorable James Donato
U.S. District Court Judge