AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C #336
Alameda, CA 94501
Telephone: 510/832-5001
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALLACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff
DOUGLAS WINSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WINSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WBP LEASING LLC; GEO REENTRY, INC.<br><br>    Defendants. | CASE NO. 3:24-cv-02007-JD<br><u>Civil Rights</u><br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff DOUGLAS WINSTON and Defendants WBP LEASING LLC; GEO REENTRY, INC., hereby notify the Court that the case has settled in its entirety. The Parties request that the Court vacate all currently set deadlines. However, the Parties request that the case not be dismissed for 45 days so that the parties may finalize settlement documents and effectuate settlement.

Date: March 19, 2025

CLEFTON DISABILITY LAW
ALLACCESS LAW GROUP

   */s/ Aaron M. Clefton*
By AARON M. CLEFTON, Esq.
Attorney for Plaintiff
DOUGLAS WINSTON

1

NOTICE OF SETTLEMENT
CASE NO. 3:24-cv-02007-JD

1  Dated: March 19, 2025                    BURKE, WILLIAMS & SORENSEN, LLP

2                                                  */s/ Elizabeth Pappy*
                                             ELIZABETH M. PAPPY, Esq.
3                                            Attorneys for Defendants
                                             WBP LEASING LLC; and GEO REENTRY, INC.
4

5

6                          **FILER'S ATTESTATION**

7      Pursuant to Local Rules, I hereby attest that on March 19, 2025, I, Aaron Clefton, attorney

8  with Rein & Clefton, received the concurrence of Elizabeth E. Pappy, Esq. in the filing of this

9  document.

10

11                                           */s/ Aaron Clefton*

12                                           Aaron Clefton

2

NOTICE OF SETTLEMENT
CASE NO. 3:24-cv-02007-JD